## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**FOUR GREEN FIELDS HOLDINGS, LLC,**

**Plaintiff,**

**vs.**                                                    **Case No. 8:10-cv-2800-T-27EAJ**

**FOUR GREEN FIELDS,**
**AN IRISH PUB, INC.,**

**Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 16) submitted by the Magistrate Judge recommending that Plaintiff's Application for Attorneys' Fees and Costs (Dkt. 14) be granted in part and denied in part. No party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)     The Report and Recommendation (Dkt. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Plaintiff's Application for Attorneys' Fees and Costs (Dkt. 14) is **GRANTED** in part and **DENIED** in part.

(3)     The Clerk is directed to enter a Supplemental Final Judgment in favor of Plaintiff and against Defendant in the amount of $18,409.40, representing $18,059.40 in attorney's fees and $350.00 in costs.

**DONE AND ORDERED** in chambers this _1st_ day of November, 2011.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Unrepresented Parties